IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MATTHEW ALLEN BARKSDALE | § | |
| VS. | § | CIVIL ACTION NO. 5:18cv6 |
| DIRECTOR, TCDJ-CID | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Matthew Allen Barksdale, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner complains of a conviction for aggravated sexual assault of a child in the 266th District Court of Erath County, Texas. As a result of the conviction, petitioner was sentenced to 99 years of imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Erath County, Texas. Pursuant to 28 U.S.C. § 124, Erath County is in Fort Worth Division of the Northern District of Texas. As all records and witnesses involving

this action may be located in the Northern District, the transfer of this action to such district would further justice.

For the reasons set forth above, it is

**ORDERED** that this case is **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas.

**SIGNED this 11th day of January, 2018.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE